IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| SHERROD DEON LAWRENCE and ONAJAH Q. LAWRENCE<br><br>Plaintiffs,<br><br>v.<br><br>TRANSUNION LLC,<br><br>Defendant. | Civil No.: 2:25-cv-00210-RWS-AWH |

**DEFENDANT TRANS UNION, LLC'S**
**ANSWER AND DEFENSES TO PLAINTIFFS' COMPLAINT**

COMES NOW, Defendant Trans Union LLC, improperly identified as Transunion, LLC ("Trans Union") by and through its counsel of record, and hereby files its Answer and Defenses to Plaintiffs' Complaint ("Complaint"). The paragraph numbers below correspond to the paragraphs contained in the Complaint to the extent possible:

Trans Union admits only that Plaintiffs purport to bring an action with Fair Credit Reporting Act ("FCRA") claims. Trans Union denies that Plaintiff is entitled to any damages, costs, fees, or other relief from or against Trans Union.

1. Trans Union admits only that Plaintiffs are "a consumer" as defined by the FCRA. Trans Union states that it lacks knowledge or information sufficient to

1

form a belief about the truth of the remaining allegations, which has the effect of a denial under Rule 8(b)(5).

2. Trans Union admits that it is a "consumer reporting agency" as that term is defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

3. Trans Union denies the allegations contained in this paragraph. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations, which has the effect of a denial under Rule 8(b)(5).

## FACTUAL ALLEGATIONS

4. Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

5. Trans Union denies it violated the FCRA (or any other law). Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

6. Trans Union denies the allegations contained in this paragraph, including its subparts.

7. Trans Union denies the allegations contained in this paragraph.

8. Trans Union denies the allegations contained in this paragraph.

## APPLICABLE LEGAL PRECEDENT

Trans Union states that the allegations of this paragraph are legal conclusions and, so stating, denies them. Trans Union denies the remaining allegations of this paragraph.

## LEGAL CLAIMS

Count I – Willful Violations of the FCRA (15 U.S.C. § 1681n)

9. Trans Union denies the allegations contained in this paragraph.

10. Trans Union denies the allegations contained in this paragraph.

Count II – Negligent Violations of the FCRA (15 U.S.C. § 1681o)

11. Trans Union denies the allegations contained in this paragraph.

## DAMAGES

12. Trans Union reasserts its answers and responses set forth herein. Trans Union denies the remaining allegations contained in this paragraph, including its subparts.

13. Trans Union denies that Plaintiff is entitled to any damages, costs, fees,

or other relief from or against Trans Union.

## PRAYER FOR RELIEF

Trans Union denies the allegations contained in the prayer paragraph of the Complaint, including all subparts.

## **DENIAL OF ANY REMAINING ALLEGATIONS**

Except as expressly admitted herein, Trans Union denies any remaining allegations contained in the Complaint.

## **DEFENSES**

1. At all relevant times, Trans Union maintained and followed reasonable procedures to avoid violations of the FCRA and assure maximum possible accuracy of the information concerning Plaintiffs in preparing consumer reports related to Plaintiffs.

2. Any alleged damages to Plaintiffs, which Trans Union continues to deny, are the result of the acts or omissions of the Plaintiffs or others, over whom Trans Union has no control and for whom Trans Union has no responsibility.

3. Trans Union, in compliance with the FCRA, reasonably and completely reinvestigated and verified, updated, or removed all information disputed by Plaintiffs.

4. Trans Union at all times acted in compliance with the FCRA.

5. Plaintiffs failed to mitigate their alleged damages.

6. Plaintiff's claims for exemplary or punitive damages and the FCRA damage model violate the Due Process Clause of the Fourteenth Amendment and the laws of the State of Georgia.

7. Trans Union reserves the right to assert additional defenses that it may learn of through the course of discovery.

WHEREFORE, PREMISES CONSIDERED, Defendant Trans Union, respectfully requests that this Honorable Court deny the relief requested in Plaintiffs' Complaint, dismiss the action in its entirety, grant Trans Union its costs of suit and expenses incurred herein, including reasonable attorneys' fees, and for such other and further relief as the Court deems just.

Respectfully submitted,

*/s/ Paul W. Sheldon*
Paul W. Sheldon
Georgia Bar No. 947098
psheldon@qslwm.com
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
(214) 560-5453
(214) 871-2111 Fax
**Counsel for Trans Union LLC**

8084746.1

## LOCAL RULE 5.1 CERTIFICATION

I hereby certify DEFENDANT TRANS UNION LLC'S ANSWER AND DEFENSES TO PLAINTIFFS' COMPLAINT has been prepared in Times New Roman 14-point font in accordance with Local Rule 5.1.

*/s/ Paul W. Sheldon*
**PAUL W. SHELDON**

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of July 2025, I filed the foregoing with the Clerk of the Court using the Court's E-Filing system. I further certify that I have mailed the above and foregoing document by United States First Class Mail to the following:

Sherrod Deon Lawrence
*and*
Onajah Q. Lawrence
416 Camden Drive
Winder, GA 30680
**Pro Se Plaintiffs**

> */s/ Paul W. Sheldon*
> **PAUL W. SHELDON**

8084746.1